UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAMATT AJAO,

                                                   Plaintiff,                      23 Civ. No. 10235 (PAE) (GS)

          -against-                                             **PRE-SETTLEMENT**
                                                                         **CONFERENCE ORDER**

UNITED AIRLINES, INC.,

                                                   Defendant.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference on **Thursday, January 4, 2024 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Parties are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 843 645 577#.** The Clerk of Court is respectfully requested to mail a copy of this order to the Pro Se Plaintiff, Ramatt Ajao, at 2250 Valentine Avenue, Bronx, New York 10457.

       **SO ORDERED.**

DATED:    New York, New York
                December 22, 2023

                                                           */s/ Gary Stein*
                                                        The Honorable Gary Stein
                                                        United States Magistrate Judge